

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00733-CV

**In the Interest of C.M.M.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-11929
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellant, Carlos Gabriel Morales bear all costs of this appeal.

SIGNED December 3, 2014.

_____
Luz Elena D. Chapa, Justice